# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

TONIA L. ROBINSON, )
)
    Plaintiff, )
)
v. ) Case No. CV612-005
)
CHASE HOME FINANCE, )
MORTGAGE ELECTRONIC )
REGISTRATION SYSTEMS, INC.; )
CHASE MANHATTAN MORTGAGE )
CORPORATION; and BARRETT )
DAFFIN FRAPPIER LEVINE )
& BLOCK, LLP, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA